IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-422-GCM

| | |
|---|---|
| **ORTHOPEDIC MEDICAL CHANNELS, LLC,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**MEDICAL FACETS NC, LLC,** )<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **James J. Corbett,** filed August 6, 2014 [doc. # 35].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Corbett is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Orthopedic Medical Channels, LLC.

**IT IS SO ORDERED.**

Signed: August 7, 2014

Graham C. Mullen
United States District Judge